IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN L. FEINGOLD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICE OF DISCIPLINARY | : | |
| COUNSEL, et al. | : | NO. 10-3357 |

## ORDER

AND NOW, this 19th day of January, 2011, upon consideration of the Defendants ODC, Philadelphia Court of Common Pleas, Paul Killion, Anthony Sedroski, Amelia Kittredge, Carme Nasuti, Paul Burgoyne, Donna Snyder, Jessie Herreda, Russell Nigro, and the Hon. Pamela P. Dembe's Motion to Dismiss (Docket No. 10); Defendant Joseph Evers' Motion to Dismiss (Docket No. 16); and Defendants 1515 Market Street and Deanna Ballinger's Motion to Dismiss (Docket No. 20); the oppositions and replies thereto; following oral argument on December 17, 2010; and for the reasons stated in a memorandum of today's date; IT IS HEREBY ORDERED that the Defendants' Motions to Dismiss are GRANTED and this case is DISMISSED WITH PREJUDICE. The Clerk of Court shall mark this case as closed.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.